IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Subpoenas to Bingman McCutchen, LLP and William F. Abrams _____/ NICHIA AMERICA CORPORATION, A Pennsylvania Corporation, NICHIA CORPORATION, A Japanese Corporation,       Plaintiff,   v. SEOUL SEMICONDUCTOR CO., LTD., A Korea Corporation, SEOUL SEMICONDUCTOR, INC., A California Corporation       Defendants. _____/ | No. C 08-80182 WHA **ORDER RE ELECTRONIC FILING** |

The Court hereby gives notice that this matter shall be included in the electronic case management program. All documents in this matter should be filed electronically.

**IT IS SO ORDERED.**

Dated: September 17, 2008

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE